UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Jerome Ishmel McGinnis         :         Case #: 05-74283
        Tishla Darcell McGinnis

                                        :         Chapter 13

                                        :         Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 18, 2010              /s/ Frank M. Pees_____
                                      Frank M. Pees
                                      Chapter 13 Trustee


Name and Address                      Amount
Car Financial Services                $606.75
59 Skyline Drive #1700
Lake Mary, FL  32746